*Elizabeth M. Inkster*, assistant public defender, in opposition.

Decided May 25, 2000

STATE OF CONNECTICUT *v.* RICARDO MILLS

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 202 (AC 17986), is denied.

MCDONALD, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Elizabeth M. Inkster*, assistant public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided May 25, 2000

GEORGE M. MANDES *v.* ROBERT GODIKSEN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 57 Conn. App. 79 (AC 18532), is denied.

*Kenneth J. Bartschi* and *Wesley W. Horton,* in support of the petition.

*Geraldine Battistoli*, in opposition.

Decided May 31, 2000